QUINN EMANUEL URQUHART & SULLIVAN, LLP
Viola Trebicka (Bar No. 269526)
violatrebicka@quinnemanuel.com
Delaney Gold-Diamond (Bar No. 342121)
delaneygolddiamond@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 344-3000
Facsimile: (213) 344-3100

*Attorneys for Defendant*
*Google LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RITTER, <br><br> Plaintiff <br><br> v. <br><br> ERIC SCHMIDT; HILLSPIRE, LLC; GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP; GRAIG H. MARCUS, AN INDIVIDUAL; WELLS FARGO BANK, N.A.; KNOX NETWORKS, INC., dba KNOVA FINANCE; NATALYA THAKUR, AN INDIVIDUAL; KPMG LLP; GOOGLE LLC; MATTHEW HILTZIK, AN INDIVIDUAL; HILTZIK STRATEGIES, LLC, A NEW YORK LIMITED LIABILITY COMPANY; RULTA OU, AN ESTONIAN ENTITY; AND DOES 1 THROUGH 50, INCLUSIVE, <br><br> Defendants. | Case No. 2:26-cv-04382-JGB-E <br><br><br> **ORDER GRANTING GOOGLE LLC'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME** |

ORDER

**ORDER**

Good cause appearing, the Court hereby grants Google's *ex parte* application and sets Google's responsive pleading deadline for July 6, 2026.

**IT IS SO ORDERED.**

Dated:    May 20, 2026

Hon. Jesus G. Bernal
U.S. District Judge

-1-

ORDER