FILED

2026 MAY 20  AM 11: 07

CLERK US DISTRICT COURT
CENTRAL DIST. OF CA.
LOS ANGELES

BY: _____ AG

Michelle Ritter
Plaintiff Pro Se
269 S. Beverly Dr. #1315
Beverly Hills, CA 90212
Telephone: (510) 828-7772
Email: ritter_legal@outlook.com

Plaintiff in pro per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHELLE RITTER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC SCHMIDT; HILLSPIRE, LLC; GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP; CRAIG H. MARCUS, an individual; WELLS FARGO BANK, N.A.; KNOX NETWORKS, INC. DBA KNOVA FINANCE; NATALYA THAKUR, an individual; KPMG LLP; GOOGLE LLC; MATTHEW HILTZIK, an individual; HILTZIK STRATEGIES, LLC, a New York limited liability company; RULTA OÜ, an Estonian entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:26-CV-04382-JGB-Ex<br><br>**The Honorable Jesus G. Bernal**<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:  Honorable Jesus G. Bernal |

I, Michelle Ritter, declare and certify as follows:

1.  I am the Plaintiff in this action and I appear in pro per. I am over the age of eighteen and not a party to any other action. My address is 269 South Beverly Drive, No. 1315, Beverly Hills, California 90212.

2.  On the date set forth below, I served the following documents on the parties identified below in the manner identified below:

    a.  Plaintiff's Notice of Motion and Motion to Reassign Case to a Judge Sitting in the Western Division Pursuant to Local Rule 83-1.2 and General Order 24-04; Memorandum of Points and Authorities; Declaration of Michelle Ritter; [Proposed] Order; and Exhibits A and B thereto;

    b.  Plaintiff's Application for Order Shortening Time on Motion to Reassign Case to a Judge Sitting in the Western Division; Declaration of Michelle Ritter; and [Proposed] Order; and

    c.  This Certificate of Service.

**Service by Electronic Mail (Appearing and Retained Counsel)**

3.  I served the documents identified in paragraph 2 above by electronic mail on the following counsel of record and retained counsel, at the email addresses appearing in their respective communications with me in this action and, where applicable, on the docket:

**Counsel for Defendant Google LLC:**
Viola Trebicka
violatrebicka@quinnemanuel.com
Delaney Gold-Diamond
delaneygolddiamond@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

**Counsel for Defendant Wells Fargo Bank, N.A.:**

CERTIFICATE OF SERVICE

James C. Rutten
james.rutten@mto.com
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071

**Counsel for Defendant KPMG LLP:**
Jodi E. Lopez
jlopez@mcguirewoods.com
Anthony Q. Le
ale@mcguirewoods.com
Christian T. Hochhausler
chochhausler@mcguirewoods.com
McGuireWoods LLP
1800 Century Park East, 7th Floor
Los Angeles, California 90067

<u>Service by United States First-Class Mail (Defendants Who Have Not Appeared in This Action)</u>

4.    Defendants Eric Schmidt and Knox Networks, Inc. (d.b.a. Knova Finance) were each formally served with the Summons and Complaint in this action on May 15, 2026 and May 11, 2026 respectively — Schmidt by personal service and Knox through service effectuated by OneLegal — but have not yet appeared in this action. Natalya Thakur was personally emailed on May 4, 2026.

5.    On the date set forth below, I served the documents identified in paragraph 2 above on the following Defendants — including the previously served but non-appearing Defendants identified in paragraph 4 — by depositing true and correct copies thereof in sealed envelopes, with first-class postage thereon fully prepaid, in the United States mail at Beverly Hills, California, addressed as follows to each Defendant's last known address:

Eric Schmidt
c/o Hillspire LLC
539 Mapleton Dr, Los Angeles, CA 90024

Hillspire LLC

-2-

Case 2:26-cv-04382-JGB-E    Document 28    Filed 05/20/26    Page 4 of 4    Page ID
#:524

710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833

Glaser Weil Fink Howard Jordan & Shapiro LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067

Craig H. Marcus
c/o Glaser Weil Fink Howard Jordan & Shapiro LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067

Knox Networks, Inc. (d.b.a. Knova Finance)
251 Little Falls Drive, Wilmington, DE 19808

Natalya Thakur
251 Little Falls Drive, Wilmington, DE 19808,
555 Bryant Street, Palo Alto, CA 94301

Matthew Hiltzik
c/o Hiltzik Strategies, LLC
99 Madison Avenue, 17th Floor, New York, NY 10016

Hiltzik Strategies, LLC
99 Madison Avenue, 17th Floor, New York, NY 10016

Rulta OÜ
Tartu mnt 67/1-13b 10115 Tallinn Harju County ESTONIA

6.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 20, 2026, at Beverly Hills, California.

MICHELLE RITTER

Plaintiff in Pro Per

-3-