PATRICIA L. GLASER (SBN 55668)
pglaser@glaserweil.com
CRAIG MARCUS (SBN 156242)
cmarcus@glaserweil.com
JILLIAN P. HARRIS (SBN 300119)
jharris@glaserweil.com
GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Tele: (310) 553-3000

*Attorneys for Defendants*
ERIC SCHMIDT and HILLSPIRE, LLC

MICHELLE RITTER
Ritter_legal@outlook.com
269 S. Beverly Dr. #1315
Beverly Hills, CA 90212

*Plaintiff, Pro Se*

Glaser Weil

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

| | |
|---|---|
| MICHELLE RITTER,<br><br>Plaintiff,<br><br>v.<br><br>ERIC SCHMIDT; HILLSPIRE, LLC; GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP; CRAIG H. MARCUS, an individual; WELLS FARGO BANK, N.A.; KNOX NETWORKS, INC., dba KNOVA FINANCE; NATALYA THAKUR, an individual; KPMG LLP; GOOGLE LLC; CGNET SERVICES INTERNATIONAL, INC.; TRINET GROUP, INC.; ALPHABET INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:26-cv-04382-JGB-Ex<br><br>Hon. Jesus G. Bernal<br><br>**JOINT REQUEST AND STIPULATION TO ENLARGE BRIEFING PAGE LIMITS AND ESTABLISH BRIEFING SCHEDULE FOR THE SCHMIDT DEFENDANTS' ABSTENTION/STAY MOTION AND SEPARATE RULE 12(b) MOTION** |

Glaser Weil

Plaintiff Michelle Ritter ("Plaintiff") and Defendants Eric Schmidt and Hillspire, LLC (the "Schmidt Defendants") (collectively, the "Stipulating Parties"), each by and through their respective counsel of record, hereby stipulate as follows:

1. WHEREAS Plaintiff filed the First Amended Complaint ("FAC") on September 21, 2026 (Dkt. 88);

2. WHEREAS under C.D. Cal. Local Rule 11-6.1, a typed memorandum of points and authorities ordinarily may not exceed 7,000 words unless the Court orders otherwise;

3. WHEREAS Local Rule 11-6.2 requires a certificate of compliance stating the memorandum's word count;

4. WHEREAS paragraph 10(b) of the Court's Revised Standing Order limits memoranda supporting or opposing motions to 25 pages and replies to 12 pages, and permits extensions to page limitations for good cause;

5. WHEREAS good cause exists for the requested enlargement. After the Court previously authorized a 40-page opening memorandum and a 20-page reply for the Schmidt Defendants' 12(b) motion, Plaintiff filed a 112-page FAC wherein Plaintiff pled twenty-four (24) numbered claims against numerous defendants, including twenty-one (21) individual claims against each of the Schmidt Defendants (as compared with eleven (11) claims against the Schmidt Defendants in the original complaint), an increase of ten (10) additional claims against each of the Schmidt Defendants. Accordingly, the Schmidt Defendants' Rule 12(b) motion must address the ten (10) newly asserted claims as well as the eleven (11) claims carried forward from the original complaint. The requested limits will allow the Schmidt Defendants to address the expanded pleading and afford Plaintiff equivalent space to respond;

6. WHEREAS each filer will provide the certificate required by C.D. Cal. Local Rule 11-6.2, stating the memorandum's word count and compliance with the Court's order;

7. WHEREAS the requested enlargement applies only to the Schmidt

Defendants' Rule 12(b) motion. The previously authorized limits of 40 pages for the opening memorandum and 20 pages for the reply for the Schmidt Defendants' abstention/stay motion remain in effect;

8. WHEREAS the Stipulating Parties agree that Plaintiff may file an opposition memorandum of up to forty (40) pages to the Schmidt Defendants' abstention/stay motion;

9. WHEREAS the Stipulating Parties agree, subject to the Court's approval, that Plaintiff's oppositions to each of the Schmidt Defendants' abstention/stay motion and separate Rule 12(b) motion shall be due December 17, 2026, to accommodate overlapping briefing obligations, and the Schmidt Defendants' corresponding replies shall be due January 19, 2027, to accommodate the intervening holidays, office closures, previously scheduled vacations, and religious observances of counsel.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

A. The Schmidt Defendants may file an opening memorandum of points and authorities of up to 60 pages in support of their Rule 12(b) motion directed to the FAC;

B. Plaintiff may file an opposition memorandum of points and authorities of up to 60 pages in support of Plaintiff's opposition to the Rule 12(b) motion;

C. The Schmidt Defendants may file a reply memorandum of points and authorities of up to 30 pages in support of their Rule 12(b) motion;

D. The previously authorized limits of forty (40) pages for the opening memorandum for the Schmidt Defendants' abstention/stay motion and twenty (20) pages for the reply on that motion shall remain in effect;

E. Plaintiff may file an opposition memorandum of points and authorities not exceeding forty (40) pages in response to the Schmidt Defendants' abstention/stay motion; and

Glaser Weil

F. Plaintiff shall file and serve her opposition to each of the Schmidt Defendants' abstention/stay and Rule 12(b) motions no later than December 17, 2026. The Schmidt Defendants shall file and serve their corresponding reply briefs no later than January 19, 2027.

**IT IS SO STIPULATED.**

DATED: October 1, 2026

GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP

By: */s/ Craig Marcus*
PATRICIA L. GLASER
CRAIG MARCUS
JILLIAN P. HARRIS
*Attorneys for Defendants*
ERIC SCHMIDT and HILLSPIRE, LLC

DATED: October 1, 2026

By: [signature]
MICHELLE RITTER
*Plaintiff in Pro Se*



Glaser Weil